FILED
2013 DEC -2 P 4: 27
US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY :
COMMISSION, :
                                                    :
      Plaintiff, :
                                                    :
    v. : 13-CV-01438
                                                    :
THE FOOD FARMACY, LTD d/b/a :
FOODWORKS, and :
J&T ENTERPRISES, LLC d/b/a :
FOODWORKS, :
                                                    :
      Defendants. :
------------------------------------------------------------x

## **CONSENT DECREE**

**PART I    GENERAL PROVISIONS**

**Section 101    Introduction**

Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendants The Food Farmacy, Ltd. ("Food Farmacy") and J&T Enterprises, LLC ("J&T Enterprises") (collectively "Defendants") have agreed to resolve this action by the terms of this Consent Decree ("Decree") as set forth below.

On September 30, 2013, EEOC brought this action under Title I of the Americans with Disabilities Act ("ADA"), as amended, to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Jason Lee Smith ("Smith"), who was affected by such unlawful practices. As alleged in EEOC's Complaint, Defendants violated the ADA by (1) making pre-offer disability-related inquires of a class of applicants, including Smith, (2) discharging Smith because of his disability, epilepsy, and (3) failing to post the required notice describing the ADA provisions prohibiting disability discrimination. Defendants deny any such violations.

1

**Section 102   Purpose of this Decree**

A.   The parties, defined as EEOC, Food Farmacy, and J&T Enterprises desire to settle this action, and therefore do hereby stipulate and consent to the entry of this Decree as final and binding between the parties and their successors, assigns, subsidiaries, affiliates, any other corporation or other entity that acquires either or both Defendants, and any other corporation or other entity into which either or both Defendants may merge or with which either or both Defendants may consolidate.

B.   The Decree resolves all issues relating to the allegations in EEOC's Complaint and Smith's EEOC Charge of Discrimination number 846-2012-10486, which served as the jurisdictional prerequisite in this case. The Decree does not resolve any charge of discrimination currently pending before EEOC, or any charge that may be filed in the future, other than the charge listed above. EEOC reserves all rights to proceed regarding matters not covered in this Decree.

C.   The terms of this Decree represent the full and complete agreement of the parties. The parties agree that this Decree may be entered into without Findings of Fact and Conclusions of Law being made and entered by the Court.

**Section 103   Prohibited Conduct and Injunctions**

A.   Defendants, their successors, assigns, purchasers, and managers, officers and agents acting on behalf of either or both Defendants are hereby enjoined from terminating any employee on the basis of that employee's disability or perceived disability.

B.   Defendants, their successors, assigns, purchasers, and managers, officers and agents acting on behalf of either or both Defendants are hereby enjoined from engaging in retaliation of any kind against any person because the person is a beneficiary of this Decree, has

filed a complaint, or has provided information, assistance, or participated in any other manner in the investigation or litigation of this matter.

C. Defendants, their successors, assigns, purchasers, and managers, officers and agents acting on behalf of either or both Defendants are hereby enjoined from making pre-offer disability related inquiries of applicants.

D. Defendants, their successors, assigns, purchasers, and managers, officers and agents acting on behalf of either or both Defendants are hereby required to post "Equal Employment Opportunity is the Law" posters, describing the ADA provisions prohibiting disability discrimination, in all prominent places visually accessible to all applicants and employees at each of Defendants' stores.

E. Nothing in this Decree will be construed to limit or reduce Defendants' obligations to comply with the statutes enforced by EEOC: Title VII of the 1964 Civil Rights Act, as amended, 42 U.S.C. §2000e, *et seq.*; Title I of the Americans with Disabilities Act, as amended, 42 U.S.C. §12101, *et seq.*; Age Discrimination in Employment Act, 29 U.S.C. §621, *et seq.*; Equal Pay Act, 29 U.S.C. §206(d); and Genetic Information Nondiscrimination Act, 42 U.S.C. §2000ff, *et seq.*

**Section 104    Duration of Decree and Consent to Jurisdiction**

A. The Decree will remain in effect for four (4) years from the effective date of this Decree. The effective date of this Decree will be the date it is signed by and receives approval from the Court. The Decree will not expire against any signatory while any enforcement action concerning any alleged violation of this Decree is pending against that signatory.

B. If EEOC has notified Defendants in writing not less than fifteen (15) days in advance of the termination of this Decree that either or both Defendants are not in compliance

with any sections of this Decree, referencing the specific section and the specific acts or omissions which the EEOC claims violate said section, Defendants' obligations under this Decree will remain in effect until EEOC determines that Defendants are in compliance. Defendants reserve the right to contest the EEOC's determination before the Court.

C.   EEOC and Defendants agree that this Court has jurisdiction over the subject matter of this litigation and the parties, that venue is proper, and that all administrative prerequisites have been met. No party will contest the validity of this Decree or the jurisdiction of the federal district court to enforce this Decree and its terms.

D.   The Court will retain jurisdiction over this action for all purposes including, but not limited to, the entering of all orders, judgments, and decrees as necessary to implement the relief provided herein. Upon signature and approval by the Court, the matter may be administratively closed but will not be dismissed. Within thirty (30) days after the expiration date of the decree, the parties will submit a stipulation of dismissal to the court.

### Section 105   Applicability of Decree to Successors and Assigns and Upon Purchase, Merger or Consolidation

Defendants will provide notice and a copy of this Decree to any successors, assigns, subsidiaries, affiliates, any other corporation or other entity that acquires either or both Defendants, and any other corporation or other entity into which either or both Defendants may merge or with which either or both Defendants may consolidate before the acquisition, sale, merger, or consolidation. The successors, assigns, acquiring entities, and any surviving entities upon merger or consolidation will be fully liable for complying with the terms of this Decree. Defendants will provide written notice to EEOC at least ten (10) days before any assignment, succession, acquisition, merger or consolidation affecting either or both Defendants.

**Section 106   Implementation of this Decree**

Defendants agree to take all steps that may be necessary to fully effectuate the terms of this Decree.

**Section 107   Amendments to this Decree**

By mutual consent of the parties, this Decree may be amended in the interests of justice and fairness and to facilitate execution of this Decree's provisions. No waiver, modification, or amendment of any provision of this Decree will be effective unless made in writing, approved by all parties to this Decree, and approved or ordered by the Court.

**Section 108   Severability**

If one or more provisions of this Decree are rendered unlawful or unenforceable as a result of a legislative act or a decision by a court of competent jurisdiction, the following will apply to insure that this Decree continues to effectuate the intent of the parties. The provisions of this Decree which are not rendered unlawful, unenforceable, or incapable of performance as a result of such legislative act or court decision will remain in full force and effect and the parties' responsibilities will not abate as to any and all provisions that have not been rendered unlawful or unenforceable, except to the extent that the intent of this Decree would be undermined.

**Section 109   Breach of Decree**

A breach of any term of this Decree by either or both Defendants will be deemed a material and substantive breach of this Decree. Nothing in this Decree will be construed to preclude EEOC from bringing proceedings to enforce this Decree if either or both Defendants fail to perform any of the terms contained herein. This Decree will be construed under applicable federal law. In the event that the EEOC deems that either or both Defendants are not in compliance with any term or condition in the Decree, the EEOC will provide Defendants written

notice of the alleged breach, unless providing such notice will compromise the public interest. Defendants will have fifteen (15) days from receipt of the notice to cure the alleged breach before any formal filing is made to the Court, unless allowing such time will compromise the public interest.

**Section 110   Notices**

Except as otherwise provided for in this Decree, all notifications, reports, and communications to the parties required under this Decree will be made in writing and will be sufficient as emailed, hand-delivered, faxed, or sent by certified, registered, or overnight mail to the following persons (or their designated successors):

| | |
|---|---|
| For EEOC: | Konrad Batog, Esq.<br>Equal Employment Opportunity Commission<br>33 Whitehall Street, 5th Floor<br>New York, New York 10004<br>Fax: (212) 336-3623<br>Email: konrad.batog@eeoc.gov;<br>decreemonitor.nydo@eeoc.gov |
| For Defendants: | Joseph A. Anesta, Esq.<br>Cameron & Mittleman, LLP<br>301 Promenade St.<br>Providence, Rhode Island 02908<br>Email: janesta@cm-law.com |

Any party may change such addresses by written notice to the other parties that set forth a new address for this purpose.

**PART II   SYSTEMIC RELIEF**

**Section 201   Posting and Distribution of Notices**

Within ten (10) days of entry of this Decree, Defendants will conspicuously post and maintain a "Notice of Resolution" regarding this lawsuit (attached as Exhibit A) in all prominent

places where employee notices are posted. Defendants will certify in writing to EEOC within ten (10) days after the Notice of Resolution pursuant to this provision has been posted.

**Section 202  Non-Discrimination Policy and Complaint Procedures**

    **A.  Required Content of Non-Discrimination Policies and Procedures**

        1.  Defendants will adopt the anti-discrimination policies and complaint procedures ("Policies and Procedures"), attached hereto as Exhibit B.

        2.  If Defendants wish to make modifications to their Policies and Procedures concerning discrimination during the term of this Decree, they will do so only after submitting the modified Policies and Procedures to EEOC for review and after receiving EEOC's comments regarding the modified Policies and Procedures in writing.

        3.  The attachment of Defendants' policy to this Decree is not a representation by EEOC that Defendants have been or are compliant with federal anti-discrimination laws. Under no circumstances will EEOC, by commenting or electing not to comment on Defendants' Policies and Procedures, be deemed to have waived its right to investigate or litigate any alleged violation of federal law enforced by EEOC, related to or resulting from the implementation of any such policy.

    **B.  Issuance of Policies and Procedures**

        1.  Defendants will distribute to each employee a copy of Exhibit B within ten (10) days of entry of this Decree. Defendants will certify in writing to EEOC within ten (10) days after issuing the Policies and Procedures (Exhibit B) pursuant to this provision.

        2.  Defendants will provide all new employees with copies of the Policies and Procedures along with any written training materials from the Initial Training described in Section 203(A) below within five (5) days of the commencement of their employment.

**Section 203 Training**

   **A. Initial Training**

Within sixty (60) days of entry of this Decree, Defendants will provide training programs for all of their non-supervisory and supervisory employees. Each training program will include the following: (a) a detailed agenda with proposed training materials, (b) curricula vitae(s) for the individual(s) who will conduct the training, and (c) a plan to ensure that all employees receive the required training. The training programs will be conducted by Joseph A. Anesta, Esq. The initial training will review the rights and responsibilities of employees under federal anti-discrimination laws and how such laws define unlawful discrimination with a focus on disability discrimination and reasonable accommodation for disabilities. The training will include examples of unlawful conduct. The training also will cover Defendants' anti-discrimination policies and procedures with particular emphasis on the internal complaint, investigation, and remediation process and an employee's right to file with EEOC and state or local agencies. The training will be at least two (2) hours in duration. The agenda and training materials for the training will be provided to EEOC for review within fifteen (15) days of entry of this Decree.

   **B. Annual Training**

On an annual basis, Defendants will provide all non-supervisory and supervisory employees with at least one (1) hour of EEO training. The annual training programs will include instruction on the requirements of all applicable equal employment opportunity laws including, but not limited to, Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Equal Pay Act, and the Genetic

Information Nondiscrimination Act, and a review of Defendants' non-discrimination policies and procedures with particular emphasis on the complaint procedure.

### C. Reporting Requirements for Training

All employees attending any training session described in the above paragraphs will print and sign their full names on an attendance sheet. Within ten (10) days of the completion of the Initial and Annual training described in the preceding paragraphs, Defendants will provide EEOC with copies of all attendance sheets and a list of the employees, if any, who did not attend training as required.

### D. Pre-Training Notification Requirement

At least ten (10) days prior to the Initial and Annual trainings required under this Section, Defendants will provide EEOC notice of the date, time, and location of the scheduled training. EEOC, at its discretion, may attend and observe one or more of the training sessions and may provide changes to be implemented by the trainer.

**Section 204 Monitoring and Reporting**

### A. Monitoring by EEOC

EEOC may monitor Defendants' compliance with this Decree through the inspection of Defendants' premises and records, and interviews with Defendants' officers, agents, employees, and contractors at reasonable times. Defendants will make available for inspection and copying any records reasonably related to this Decree upon reasonable notice by EEOC.

### B. Reporting Requirements for Discrimination Complaints

Every six (6) months, beginning six (6) months after entry of this Decree, Defendants will provide a written report to EEOC with information regarding any verbal or written complaints of disability discrimination or harassment from employees or applicants, which were

received during the preceding six (6) months. The report will include the name of the complainant, the name of the alleged harasser or discriminator, a list of each step taken during the investigation, a summary of the complaint, the location, the results of any investigation of the complaint, and any remedial action taken. The report will include all open complaints and all complaints closed or resolved within the prior six (6) months.

**Section 205    Compliance with Record-keeping Requirements**

Defendants agree to maintain such records as are necessary to demonstrate its compliance with this Decree and 29 C.F.R. §1602 *et seq.* and to verify that the reports submitted pursuant to this Decree are accurate.

**PART III    MONETARY RELIEF**

**Section 301    Monetary Payment to Jason Lee Smith**

A.    Defendants will pay the total sum of ten thousand dollars ($10,000), less lawful deductions, as back wages and provide Smith an IRS FORM W-2 within thirty (30) days of entry of this Decree. Defendants will send the check and IRS FORM W-2 via certified mail, return receipt requested, to Smith. A copy of the check will be forwarded to EEOC immediately upon issuance of the check.

B.    Defendants will pay the total sum of fifteen thousand dollars ($15,000) as non-pecuniary compensatory damages as one payment of two thousand five hundred dollars ($2,500) to be made within thirty (30) days of entry of this Decree and another payment of twelve thousand five hundred dollars ($12,500) to be made within ninety (90) days of entry of this Decree, and will provide Smith an IRS FORM 1099 at the time of such payments. Defendants will send the check and IRS FORM 1099 via certified mail, return receipt requested, to Smith. A copy of the check will be forwarded to EEOC immediately upon issuance of the check.

## PART IV  SIGNATURES

Each signatory to this Decree represents that each is fully authorized to execute this Decree and to bind the parties on whose behalf each signs.

APPROVED IN FORM AND CONTENT:

For Plaintiff EEOC:

*[signature]*
Elizabeth Grossman
Regional Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
New York District Office
33 Whitehall Street, 5th Floor
New York, New York, 10004


For Defendants The Food Farmacy, Ltd, and
J&T Enterprises, LLC

*[signature]*
Mark R. Brouillard, Esq.
St. Onge & Brouillard
Fifty Route 171
Woodstock, Connecticut 06281


SO ORDERED this 2nd day of December, 2013.

*[signature]*
United States District Judge

**EXHIBIT A**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
(212) 336-3620
TTY (212) 336-3622
General FAX (212) 336-3625

**NOTICE TO ALL EMPLOYEES**

This Notice is being posted pursuant to a Consent Decree entered in resolution of a lawsuit brought by the U.S. Equal Employment Opportunity Commission ("EEOC") against The Food Farmacy, Ltd. ("Food Farmacy") d/b/a Foodworks and J&T Enterprises, LLC ("J&T Enterprises") d/b/a Foodworks (collectively "Defendants") in federal court in the District of Connecticut.

Federal law prohibits employers from discriminating against applicants and employees based on national origin, religion, race, color, sex, age, disability, or genetic information. Defendants, their managers, officers, and agents will henceforth support and comply with Federal law prohibiting disability discrimination against any employee or applicant for employment.

Pursuant to the Consent Decree, Defendants will:

1. Not engage in any disability discrimination, including making pre-offer disability related inquiries of applicants;

2. Maintain and distribute written policies and procedures prohibiting discrimination and enabling employees to file discrimination complaints;

3. Provide training on federal laws prohibiting employment discrimination to all employees;

4. Permit EEOC to monitor compliance with the Consent Decree;

5. Provide EEOC periodic reports on its internal complaints of discrimination;

6. Distribute this Notice; and

7. Pay money damages in the amount of $25,000 to the individual who was discharged.

Should you have any complaints or questions regarding employment discrimination, contact the EEOC at:

Equal Employment Opportunity Commission
(800) 669-4000
Website: www.eeoc.gov

Dated:_____

**THIS IS AN OFFICIAL NOTICE AND MUST NOT BE ALTERED OR DEFACED BY ANYONE OR COVERED BY ANY OTHER MATERIAL**

This Notice must remain posted for four (4) years from the date shown above and must not be altered, defaced, or covered by any other material. Any questions concerning this Notice or compliance with its provisions may be directed to the U.S. Equal Employment Opportunity Commission at the numbers listed above.

**EXHIBIT B**

FOODWORKS ANTI-DISCRIMINATION POLICY

Anti-Discrimination

It is the policy of Foodworks that there will be no discrimination against any employee or applicant on the basis of sex, pregnancy, age, race, creed, color, religion, national origin, disability, genetic information, sexual orientation or membership in any other protected class under law. Foodworks is therefore committed to providing a workplace that is free from all forms of discrimination or harassment. Harassment in any form will not be tolerated by Foodworks.

Sexual Harassment

Sexual harassment is one form of harassment. Sexual harassment refers to behavior that is unwelcome to the employee, is offensive to him or her, and which undermines morale and/or interferes with the ability of the employee to work effectively. While it is impossible to identify every instance of such harassment, sexual harassment consists of unwelcome sexual advances, requests for sexual favors and other verbal, visual and physical conduct of a sexual nature whenever: (1) submission to such conduct is made either explicitly or implicitly as a term or condition of an individual's employment; (2) submission or rejection of such conduct is used as the basis for employment decisions affecting the harassed employee; or (3) harassing conduct unreasonably interferes with an employee's work performance or creating an intimidating, hostile or offensive work environment.

Complaints & Investigation

If you believe that you have been subjected to discrimination or harassment, or if you believe you have witnessed discrimination or harassment directed towards other employees, you should report the incident immediately. In reporting the matter, you may take it to your store manager. You may also bring your complaint at any time to the President, Ralph Johnson.

All such complaints will be investigated promptly and thoroughly. The investigation will be kept as confidential as possible. It must be recognized, however, that the alleged harasser will be informed of the nature of the complaint and asked to respond, and that other persons who can provide information concerning the complaint may be interviewed.

Disciplinary Action

In keeping with our non-discrimination policy, Foodworks will take immediate corrective and disciplinary action - up to and including termination - against any employee who engages in any type of discrimination or harassment

No Retaliation

Foodworks forbids retaliation of any kind against an employee for making a complaint of discrimination or harassment, for reporting an incident of discrimination or harassment or for his or her cooperation or participation in the investigation of a complaint of discrimination or harassment.

Disability

If you are a qualified person with a disability, which means that you have a disability that affects one or more major life activities and you are able to perform the essential functions of your position with or without reasonable accommodation, you have the ability to seek reasonable accommodations, and should you seek such accommodations, Foodworks is prepared to enter into a dialog with you in an effort to see if such accommodations can be made. This dialog is in addition to your rights to make a complaint as set forth above. You may bring your request for a reasonable accommodation to any manager or the President, Ralph Johnson.